NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TASHIEK TERESSA HAWKINS,**
*Petitioner,*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2011-3013

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100663-I-1.

---

## ON MOTION

---

## ORDER

Tashiek Teressa Hawkins moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 4 2010

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Tashiek Teressa Hawkins
     Cameron Cohick, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 4 2010

JAN HORBALY
CLERK